**Subject:** RE: Pets v. The Servicing Company
**Date:** Thursday, December 10, 2015 at 7:00:59 AM Hawaii-Aleutian Standard Time
**From:** mckeet@gtlaw.com
**To:** lenbennett@clalegal.com
**CC:** vickiward@clalegal.com, sklairem@gtlaw.com, srotkis@clalegal.com, Kristi Cahoon Kelly, Andrew Guzzo

Hi Len,

Not trying to be difficult, but there is nothing yet to quash. We cannot accept the subpoena, and you have not effectuated service. I expect we will get to the arguments in due course, but you need to take these preliminary steps if you want to tee up the issue.

Thanks,
Tom

**Thomas J. McKee, Jr.**
Of Counsel
Greenberg Traurig, LLP | 1750 Tysons Boulevard, Suite 1000 | McLean, VA 22102
Tel 703.749.1348
mckeet@gtlaw.com | www.gtlaw.com

**GT GreenbergTraurig**

---

**From:** Leonard Bennett [mailto:lenbennett@clalegal.com]
**Sent:** Thursday, December 10, 2015 11:12 AM
**To:** McKee, Jr., Thomas J. (OfCns-NVA-LT)
**Cc:** Vicki Ward; Sklaire, Michael (Shld-NVA-LT); Susan Rotkis; kkelly@kellyandcrandall.com; aguzzo@kellyandcrandall.com
**Subject:** Re: Pets v. The Servicing Company

Please file your motion to quash and we will respond.

Len Bennett


Sent from my iPhone

On Dec 10, 2015, at 10:39 AM, "mckeet@gtlaw.com" <mckeet@gtlaw.com> wrote:

> Good morning,
>
> Thank you for your email.  We are not authorized to accept service of a subpoena for Ms. Fox. In any event, she is not subject to service of a subpoena due to the fact that she shares in the Tribe's sovereign immunity and she has not waived that immunity. Nevertheless, as mentioned in my email yesterday, her business address is 100 Chippewa Street West, Harlem, MT 59526.
>
> Thanks,
> Tom

**Thomas J. McKee, Jr.**
Of Counsel
Greenberg Traurig, LLP | 1750 Tysons Boulevard, Suite 1000 | McLean, VA 22102
Tel 703.749.1348
mckeet@gtlaw.com | www.gtlaw.com

<image001.jpg>

---

**From:** Vicki Ward [mailto:vickiward@clalegal.com]
**Sent:** Thursday, December 10, 2015 10:13 AM
**To:** Sklaire, Michael (Shld-NVA-LT); McKee, Jr., Thomas J. (OfCns-NVA-LT)
**Cc:** Susan Rotkis; Leonard Bennett; Kristi Cahoon Kelly; Andrew Guzzo
**Subject:** Pets v. The Servicing Company

Gentlemen:

Attached hereto please find a Deposition Subpoena for Michelle Fox.

Thanks,


Vicki Ward, Legal Assistant
E-mail:  vickiward@clalegal.com
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA  23601
(757) 930-3660 - Telephone
(757) 930-3662 - Facsimile

This message contains information from Consumer Litigation Associates, P.C. which may be confidential and privileged.  If you are not the intended recipient and have received this transmission in error, please contact (757) 930-3660 to report same.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.