**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **ANGELA PETTUS, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No. 3:15cv00479 |
| | ) | |
| **THE SERVICING COMPANY, LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING A MOTION TO SEAL

Defendants The Servicing Company, LLC ("**TSC**") and Barbara Dolan ("**Ms. Dolan**") (collectively, the "**Defendants**"), by counsel and pursuant to Rule 5(c) of the Local Rules of the United States District Court for the Eastern District of Virginia hereby submit this Notice of Filing Under Seal.

This Notice hereby informs the Plaintiffs and any non-parties that ECF 50 (Defendants' Motion to Seal or the "Motion") is a sealing motion, and Plaintiffs or non-parties may submit memoranda in support of or in opposition to the Motion within seven (7) days after the filing of the Motion. Any such parties submitting such memoranda may designate all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the Motion. Any person objecting to the Motion must file an objection with the Clerk within seven (7) days after its filing. If no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

THE SERVICING COMPANY, LLC and
BARBARA DOLAN

By Counsel


   /s/ Thomas J. McKee, Jr.
Michael R. Sklaire (Va. Bar No. 74354)
Thomas J. McKee, Jr. (Va. Bar No. 68427)
GREENBERG TRAURIG LLP
1750 Tysons Blvd Ste 1000
McLean, VA 22102
Phone: (703) 749-1300
Fax: (703) 749-1301
Email: sklairem@gtlaw.com
        mckeet@gtlaw.com

Robert J. Herrington, Esq. (to be admitted
*pro hac vice*)
GREENBERG TRAURIG LLP
1840 Century Park E Ste 1900
Los Angeles, CA 90067
Phone: (310) 586-7616
Fax:  (310) 586-7800
Email: herringtonr@gtlaw.com

*Attorneys for Defendants The Servicing
Company, LLC and Barbara Dolan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James W. Speer
Virginia Bar No. 23046
Virginia Poverty Law Center
919 E. Main Street, Suite 610
Richmond, VA 23219
Telephone: (804) 782 9430
Facsimile: (804) 649-0974
Email: jay@vplc.org

Leonard Anthony Bennett
Virginia Bar No. 37523
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Kristi Cahoon Kelly
Virginia Bar No. 72791
Andrew J. Guzzo
Virginia Bar No. 82170
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

   /s/ Thomas J. McKee, Jr.
Michael R. Sklaire (Va. Bar No. 74354)
Thomas J. McKee, Jr. (Va. Bar No. 68427)
GREENBERG TRAURIG LLP
1750 Tysons Blvd Ste 1000
McLean, VA 22102
Phone: (703) 749-1300
Fax: (703) 749-1301
Email: sklairem@gtlaw.com
      mckeet@gtlaw.com

*Attorneys for Defendants The Servicing Company, LLC and Barbara Dolan*